UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:13-CR-99-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER TO SEAL |
| ) | |
| Lonnell Deangelo McRae, ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby ORDERED that this psychological evaluation preformed on June 4, 2013 in the above – captioned matter, be sealed until such time as requested to be unsealed by the Defendant. It is FURTHER ORDERED that the Clerk of Court provide a signed copy of this Order to Seal to Attorney for Defendant and Government, Jane Jackson.

This the 23 day of June, 2013

TERRENCE W. BOYLE
U.S. DISTRICT JUDGE