UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-99-1BO(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | GOVERNMENT'S PROPOSED |
| | ) | <u>SEALED MOTION</u> |
| | ) | |
| LONNELL DEANGELO MCRAE | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 46 be sealed.

This the 25 day of June, 2013.

　　　　　　　　　　　　　　　　　　　Terrence Boyle
　　　　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　　　　United States District Judge